# EXHIBIT 1 – Amended Summons

Electronically Issued
10/26/2022 9:49 AM

SEI
David G. Bray (#05230)
dbray@dickinsonwright.com
Gabriel A. Blumberg (#12332)
gblumberg@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Phone: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ANTHONY AMEEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC., a Colorado non-profit corporation, and RURAL MEDIA GROUP, INC., d/b/a THE COWBOY CHANNEL, a Delaware corporation,<br><br>Defendants. | Case No.: A-22-858529-C<br>Dept. No.: 17 |

## AMENDED SUMMONS – CIVIL

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

Rural Media Group, Inc., dba The Cowboy Channel

TO THE DEFENDANT: A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 21 calendar days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written

1

Ramona Talvacchio
1962
2022/11/01 12:08:19

response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

  (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have forty-five (45) days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

/s/ David G. Bray
David G. Bray (#05230)
Gabriel A. Blumberg (#12332)
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
*Attorneys for Plaintiff,*
*Anthony Ameen*

STEVEN D. GRIERSON
CLERK OF COURT

By: _____  10/26/2022
Deputy Clerk  Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89101

Demond Palmer

2