1  Joel E. Tasca
   Nevada Bar No. 14124
2  David E. Chavez
   Nevada Bar No. 15192
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  chavezd@ballardspahr.com

7  Ashley I. Kissinger
   (*Pro hac vice* forthcoming)
8  BALLARD SPAHR LLP
   1225 17th Street, Suite 2300
9  Denver, Colorado 80202-5596
   Telephone:  303.376.2407
10 Facsimile:  303.296.3956
   kissingera@ballardspahr.com

11
   *Attorneys for Defendant Rural Media*
12 *Group, Inc.*

13

14

15          **UNITED STATES DISTRICT COURT**

16          **DISTRICT OF NEVADA**

   ANTHONY AMEEN, an individual,          Case No. : 2:22-cv-02004-APG-NJK
17
                      Plaintiff,
18                                         **Order to**
            vs.                            **Extend Time for Rural Media Group to**
19                                         **Answer or Otherwise Respond to Plaintiff's**
   PROFESSIONAL RODEO COWBOYS              **Complaint**
20 ASSOCIATION, INC., a Colorado non-profit
   corporation, and RURAL MEDIA GROUP,     **(First Request)**
21 INC., d/b/a THE COWBOY CHANNEL, a
   Delaware corporation,
22
                      Defendants.
23

24          Defendant Rural Media Group, Inc. ("RMG") removed this action from the Eighth

25 Judicial District Court, Clark County, Nevada, on November 30, 2022. (ECF No. 1.)  RMG was

26 served with the Amended Complaint on November 1, 2022. (ECF No. 1-9.)  RMG was not

27 served with the original complaint, and it did not file a responsive pleading in State court.

28 Instead, upon a stipulation between RMG and plaintiff Anthony Ameen ("Plaintiff"), the State

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

DMFIRM #405792292v1

court granted RMG until January 13, 2023, to respond to the Amended Complaint. (ECF No. 1-5.)

Because RMG did not file a responsive pleading before removal, its deadline to do so in this court is December 7, 2022. *See* Fed. R. Civ. P. 81(c)(2)(C).  Further, the deadline for RMG to file a special motion to dismiss under Nevada's anti-SLAPP statute is January 2, 2023. *See* NRS 41.660(2) (anti-SLAPP motion is due within 60 days of service of the complaint).  Each of these deadlines can be extended by the Court upon good cause. *See* Fed. R. Civ. P. 6(b)(1); NRS 41.660(2).

RMG has requested, and Plaintiff has agreed, that RMG have up to and including January 13, 2023, to respond to Plaintiff's Amended Complaint to provide additional time for RMG to investigate Plaintiff's allegations, prepare a response, and explore the possibility of resolving Plaintiff's claims.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated:  December 6, 2022

BALLARD SPAHR LLP

By:  /s/ David E. Chavez
Joel E. Tasca, Esq.
Nevada Bar No. 14124
David E. Chavez, Esq.
Nevada Bar No. 15192
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant Rural Media Group, Inc.*

DICKINSON WRIGHT PLLC

By:  /s/ David G. Bray
David G. Bray
Nevada Bar No. 5230
1850 North Central Avenue
Suite 1400
Phoenix, Arizona 85004

Gabriel A. Blumberg
Nevada Bar No. 12332
3883 Howard Hughes Parkway
Suite 800
Las Vegas, NV 89169

*Attorneys for Plaintiff Anthony Ameen*

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

DMFIRM #405792292v1

**<u>ORDER</u>**

Based on the foregoing stipulation, and on the basis of good cause, it is ORDERED that Defendant Rural Media Group, Inc. shall have up to and including January 13, 2023 to answer or otherwise respond to the Amended Complaint under the Federal Rules of Civil Procedure.

DATED:  December 14, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE