# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTHONY AMEEN

      Plaintiff,

v.

PROFESSIONAL RODEO COWBOYS
ASSOCIATION, INC., et al.,

      Defendants.

Case No. 2:22-cv-02004-APG-NJK

**Order**

[Docket Nos. 12, 14]

      Pending before the Court are motions to extend Defendant Rural Media Group, Inc.'s time to file a special motion to dismiss under Nevada's Anti-SLAPP statute and motion for clarification. Docket Nos. 12, 14. Defendant Rural Media Group. Inc. seeks 10-day extension, to January 13, 2023, to file its special motion to dismiss. *See* Docket No. 12 at 2. Plaintiff does not oppose this request. *See id.* Accordingly, the parties' joint motion to extend time is **GRANTED.**[1] Defendant Rural Media Group, Inc. must file its special motion to dismiss no later than January 13, 2023.

      IT IS SO ORDERED.

      Dated: January 3, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1]    Defendant's motion for clarification is **DENIED** as moot. Docket No. 14.