UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY AMEEN,<br><br>    Plaintiff,<br><br>v.<br><br>PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC., et al.,<br><br>    Defendants. | Case No. 2:22-cv-02004-APG-NJK<br><br>**Order**<br><br>[Docket No. 19] |

Pending before the Court is the parties' stipulation to extend deadlines. Docket No. 19. The parties seek to extend Defendants' time to respond to Plaintiff's amended complaint, and to extend the deadline to conduct a Federal Rule of Civil Procedure 26(f) conference. The Court **GRANTS** in part and **DENIES** in part the parties' stipulation. Docket No. 19.

The parties request an extension of time to respond to Plaintiff's amended complaint to allow for Defendant Professional Rodeo Cowboys Association to clarify its counsel under an indemnification agreement and further investigate Plaintiff's claims. *Id.* at 2-3. The parties also seek this extension to allow for further settlement negotiations. *Id.* at 3. For good cause shown, the Court **GRANTS** the parties' request to extend Defendants' time to respond to Plaintiff's amended complaint. Defendants must file their responses to Plaintiff's amended complaint no later than **February 10, 2023.**

The parties also seek to extend their time to conduct a Federal Rule of Civil Procedure 26(f) conference until after any dispositive motions are fully resolved, including any interlocutory appeals that may be taken. *Id.* The parties are, therefore, requesting a stay of discovery, but fail to address the applicable standards. *Id.* Accordingly, the parties' request to extend the time to conduct a Rule 26(f) conference is **DENIED**.

IT IS SO ORDERED.

Dated: January 12, 2023

                                                                Nancy J. Koppe<br>
                                                                United States Magistrate Judge