1  **BRYAN CAVE LEIGHTON PAISNER LLP**
2  Amtoj S. Randhawa, Nevada Bar No. 13746
   1920 Main St., Suite 1000
3  Irvine, CA 92614-7276
   Phone : (949) 223-7238
4  Fax : (949) 437-8838
   Email : Amtoj.Randhawa@BCLPlaw.com
5
6  Attorneys for Defendant,
   PROFESSIONAL RODEO COWBOYS ASSOCIATION
7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10
    | | |
    |---|---|
    | ANTHONY AMEEN, an Individual, | Case No. 2:22-cv-02004-APG-NJK |
    | Plaintiff, | |
    | vs. | **ORDER EXTENDING TIME FOR DEFENDANT PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC. AND DEFENDANT RURAL MEDIA GROUP INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
    | PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC., a Colorado non-profit corporation, and RURAL MEDIA GROUP, INC., d/b/a THE COWBOY CHANNEL, a Delaware corporation, | |
    | Defendants. | **(Third Request for Professional Rodeo Cowboys Association, Inc.)** |
    | | **(Third and Fourth Request for Rural Media Group Inc.)** |

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT

Plaintiff Anthony Ameen (hereinafter "Plaintiff"), Defendant Professional Rodeo Cowboys Association (hereinafter "PRCA"), and Defendant Rural Media Group Inc. ("RMG"), by and through their undersigned counsel, hereby stipulate and agree as follows. (Plaintiff, the PRCA, and RMG may be referred to herein as the "Parties." The PRCA and RMG may sometimes be referred to herein as "Defendants."):

**WHEREAS**, Plaintiff filed a Complaint in the District Court of Clark County Nevada in an action styled *Anthony Ameen v. Professional Rodeo Cowboys Association, Inc. et al.*, Case No. A-22-858529-C, on September 16, 2022 (hereinafter the "State Court Action");

**WHEREAS**, Plaintiff filed an Amended Complaint in the State Court Action on October 25, 2022;

**WHEREAS**, Plaintiff served the PRCA and RMG with the Amended Complaint on November 1, 2022;

**WHEREAS**, RMG removed the State Court Action to this Court on November 30, 2022;

**WHEREAS**, the deadline for the PRCA to file a special motion to dismiss under Nevada's anti-SLAPP statute, *see* NRS 41.660(2), and its deadline to otherwise respond to the Amended Complaint was extended to January 20, 2023 by stipulation of the Plaintiff and the PRCA and order of the Court (ECF No. 13);

**WHEREAS**, the deadline for the PRCA to file a special motion to dismiss under Nevada's anti-SLAPP statute and its deadline to otherwise respond to the Amended Complaint was extended to February 10, 2023 by stipulation of the Parties and order of the Court (ECF No. 21);

**WHEREAS**, the deadline for RMG to file a special motion to dismiss under Nevada's anti-SLAPP statute, *see* NRS 41.660(2), and its deadline to otherwise respond to the Amended Complaint was extended to January 13, 2023 by stipulation of Plaintiff and RMG and order of the Court (ECF Nos. 8 & 15);

**WHEREAS**, the deadline for RMG to file a special motion to dismiss under Nevada's anti-SLAPP statute and its deadline to otherwise respond to the Amended Complaint was extended to February 10, 2023 by stipulation of the Parties and order of the Court (ECF No. 21);

**WHEREAS**, each of these deadlines can be extended by the Court upon good cause. *See* Fed. R. Civ. P. 6(b)(1); NRS 41.660(2);

**WHEREAS**, the parties have reached a settlement in principle but need additional time to finalize the settlement agreement;

**WHEREAS**, to allow the parties time to finalize the settlement agreement, Plaintiff has agreed to a further 28-day extension of time for the PRCA and RMG to file a special motion to dismiss under Nevada's anti-SLAPP statute and their deadline to otherwise respond to the Amended Complaint;

**WHEREAS**, this is the third request for an extension to this Court by the PRCA, and it is made in good faith and not for purposes of delay;

**WHEREAS**, this is the third request for an extension to this Court by RMG with respect to its response deadline and fourth request with respect to its deadline to file a special motion to dismiss pursuant to Nevada's anti-SLAPP statute, and it is made in good faith and not for purposes of delay;

**NOW, THEREFORE**, the parties hereby stipulate that the Defendants' deadlines to file a special motion to dismiss under Nevada's anti-SLAPP statute or other response to Plaintiff's Amended Complaint shall be extended to, and includes, March 10, 2023.

**IT IS SO STIPULATED.**

By: */s/Amtoj S. Randhawa*
Amtoj S. Randhawa
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main St., Suite 1000
Irvine, CA 92614-7276

*Attorneys for Defendant, Professional Rodeo Cowboys Association*

By: */s/Joel E. Tasca*
Joel E. Tasca
David E. Chavez
**BALLARD SPAHR LLP**
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

Ashley I. Kissinger
(*Pro hac vice*)
**BALLARD SPAHR LLP**
1225 17th Street, Suite 2300
Denver, Colorado 80202-5596

*Attorneys for Defendant Rural Media Group Inc.*

By: */s/David G. Bray*
David G. Bray
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue
Suite 1400
Phoenix, Arizona 85004

Gabriel A. Blumberg
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Parkway
Suite 800
Las Vegas, NV 89169

*Attorneys for Plaintiff, Anthony Ameen*

## ORDER

Having read the Parties' foregoing Stipulation, **IT IS HEREBY ORDERED** that Defendants' special motions to dismiss under Nevada's anti-SLAPP statute or other responses to Plaintiff's Amended Complaint shall now be due on or before **March 10, 2023**.

Dated: February 7, 2023

Hon. Nancy J. Koppe
United States Magistrate Judge