IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Case No. 2:22-cv-02004-APG-NJK

ANTHONY AMEEN, an Individual
    Plaintiff(s),

vs.

PROFESSIONAL RODEO COWBOYS
ASSOCIATION, INC., et al.
    Defendant(s).

## SUBSTITUTION OF ATTORNEY

PROFESSIONAL RODEO COWBOYS ASSOCIATION (Name of Party) (Plaintiff) (Defendant) hereby substitutes

Sean McElenney
(New Attorney)

(Address): Two North Central Avenue, Suite 2100, Phoenix, AZ 85004-4406

(Telephone): (602) 364-7379 , as attorney of record in place and

stead of: Amtoj S. Randhawa
(Present Attorney)

DATED: March 22, 2023

(Signature of Party)
Tom Glause, CEO, PRCA

I consent to the above substitution.

DATED: March 23, 2023

(Signature of Present Attorney)
Amtoj S. Randhawa

. . .
. . .
. . .

1

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: March 23, 2023

(Signature of New Attorney)
Sean McElenney

Please check one: ☒ RETAINED, or ☐ APPOINTED BY THE COURT

APPROVED:

DATED: March 24, 2023

UNITED STATES MAGISTRATE JUDGE

2